UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>William J. Knowles</u>

     v.         Civil No. 05-cv-363-PB

<u>NH Department of Corrections, et al.</u>

## O R D E R

In accordance with 28 U.S.C. § 636(b)(1)(B), Magistrate Judge James R. Muirhead, is designated to review the request for injunctive relief submitted by Plaintiff William Knowles and, if necessary, conduct any hearing that may be set.

In accordance with subparagraph (C), the Magistrate Judge shall file his proposed findings and recommendations under subparagraph (B) with the Court, and a copy shall forthwith be mailed to all parties.

SO ORDERED.


March  28 , 2006          /s/ Paul Barbadoro
                 Paul Barbadoro
                 United States District Judge


cc: William J. Knowles, Pro se