UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

William Knowles

      v.                                        Case No. 05-cv-363-PB

NH Department of Corrections

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated April 12, 2006, no objection having been filed.

    SO ORDERED.


May 15, 2006                                    /s/ Paul Barbadoro
                                                      Paul Barbadoro
                                                      United States District Judge


cc:    William Knowles, pro se
         NH Attorney General